UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON JAQUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>THE GLIK COMPANY,<br><br>Defendant. | Civil Case Number: 1:20-cv-07400-KPF |

**NOTICE OF SETTLEMENT**

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation and Order for Dismissal with prejudice. It is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to finalize settlement details.

Dated: October 5, 2020

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Fax: (732) 298-6256
Email: YZelman@MarcusZelman.com

*Attorneys for Plaintiff*
*Ramon Jaquez*